# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JOHNATHON JAMES BEAVER,                                                  PLAINTIFF
ADC #156658

V.                      CASE NO. 4:20-CV-47-BRW-BD

GARCIA, *et al*.                                                             DEFENDANTS

## **ORDER**

      I have received a Recommended Disposition (Doc. No. 4) filed by Magistrate Judge Beth Deere. Mr. Beaver has not has filed objections. After careful review of the Recommendation, I approve and adopt the Recommendation in all respects.

      Mr. Beaver's claims are DISMISSED, with prejudice, based on his failure to state a constitutional claim. This dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g) and I certify that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

      IT IS SO ORDERED, this 10th day of February, 2020.

                                                                    <u>Billy Roy Wilson</u>
                                                                    UNITED STATES DISTRICT JUDGE