# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOHNATHON JAMES BEAVER,**                                                **PLAINTIFF**
**ADC #156658**

**V.**                  **CASE NO. 4:20-CV-47-BRW-BD**

**GARCIA,** *et al*.                                                      **DEFENDANTS**

## **JUDGMENT**

Based on the Order entered today, this case is DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 10th day of February, 2020.

                                                       <u>Billy Roy Wilson</u>
                                                       UNITED STATES DISTRICT JUDGE